# United States District Court
# District of Utah



**D. Mark Jones**
Clerk of Court

**Louise S. York**
Chief Deputy Clerk

April 6, 2015

U.S. District Court, District of NV
Mr. Lance Wilson, Clerk of Court
United States Courthouse
333 Las Vegas Boulevard South, Room 1334
Las Vegas, NV  89101-7065



RE:   United States of America vs. Jason G. Stanfield
      2:11cr00306 JCM-RJJ (District of NV)
      2:15cr00180 DB (District of Utah)

Dear Mr. Lance:

On 4/3/15 the Honorable David Nuffer executed the Order Accepting Jurisdiction for the above captioned defendant. I am forwarding an original order for your records. You may access our website at https://ecf.utd.uscourts.gov/

I have downloaded the required documents from PACER. No documents are required from you at this time.

Please acknowledge receipt of this letter by signing a copy and returning to my attention. If you have any questions, please advise. My telephone number is 801.524.6119.

Sincerely,
D. Mark Jones, Clerk

By: /s/Aimee Trujillo
Aimee Trujillo

cc:   U.S. Probation for Utah with copy of the order
      U.S. Attorney c/o FLU Unit
      Financial Administrator

**ACKNOWLEDGMENT OF RECEIPT:**

**Received by:**  *[signature]*

**Date:** 4-9-15